# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

February 22, 2021

**VIA CM/ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 14A
New York, NY 10007

---

Application granted.  Conference adjourned until
Tuesday, April 13, at 2:30pm.
SO ORDERED.
                                    /s/ John G. Koeltl
New York, New York          John G. Koeltl
February 24, 2021                  U.S.D.J.

---

      **Re:**  **Velasquez v. Delphinium Ltd., et al.**
         **Case 1:20-cv-10983-JGK**

Dear Judge Koeltl:

  The undersigned represents the Plaintiff in the above-captioned case matter.  This is an enforcement action pursuant to the ADA and similar state and local statutes.

  The Initial Pretrial Conference in this matter is currently scheduled for March 3, 2021, at 12:00 p.m., in your Honor's Courtroom.  However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 8 & D.E. 9].  In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

  The undersigned counsel shall also undertake additional efforts including follow-up Federal Express correspondence to the subject facility location.  Thank you for your consideration of this first adjournment request.

                Sincerely,

              By: /S/   B. Bradley Weitz
                B. Bradley Weitz, Esq. (BW9365)
                THE WEITZ LAW FIRM, P.A.
                Attorney for Plaintiff
                Bank of America Building
                18305 Biscayne Blvd., Suite 214
                Aventura, Florida 33160
                Telephone: (305) 949-7777
                Facsimile:  (305) 704-3877
                Email: bbw@weitzfirm.com