```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
RICARDO VELASQUEZ,
                                           20-cv-10983 (JGK)
                Plaintiff,
                                           ORDER
        - against -

DELPHINIUM, LTD., ET AL.,

                Defendants.
────────────────────────────────────────
```

JOHN G. KOELTL, District Judge:

   The parties should submit a 26(f) Report by April 8, 2021.


SO ORDERED.

Dated:   New York, New York
         March 25, 2021

                                    /s/ John G. Koeltl
                                     John G. Koeltl
                              United States District Judge